# Notice Recipients

District/Off: 0971–4     User: vbadea     Date Created: 7/27/2011
Case: 94–42530     Form ID: pdfeoc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     Office of the U.S. Trustee/Oak     Office of the U.S. Trustee     1301 Clay St. #690N     Oakland, CA 94612

TOTAL: 1